Jay H. Henderson
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
(713) 650-1720 (Fax)
(713) 650-6600 (Telephone)
jhenderson@crusescott.com
Attorneys for Defendants
Steven G. Bander, D.O., P.A.,
Dakota Medical Associates, P.A., and
Liberty Healthcare Management, Inc.
d/b/a Northeast Rehab

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL DOCKET NO. 1699<br>District Judge: Charles R. Breyer |
| This document relates to:<br><br>JAMES BOOKER<br><br>v.<br><br>Merck & Co., Inc.<br>(Steven G. Bander, D.O., P.A.;<br>Dakota Medical Associates, P.A.;<br>and Liberty Healthcare<br>Management, Inc. d/b/a<br>Northeast Rehab), et al.<br>MDL Docket No.3:05-CV-03897-CRB | § § § § § § § § § § § § § | **AGREED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO STEVEN BANDER, D.O., P.A., DAKOTA MEDICAL ASSOCIATES, P.A., LIBERTY HEALTHCARE MANAGEMENT, INC., D/B/A NORTHEAST REHAB** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action through their designated counsel that the Plaintiff, James Booker's claims are hereby dismissed without prejudice as to Defendants, Steven G. Bander, D.O., P.A., Dakota Medical Associates, P.A., and Liberty Healthcare Management, Inc. d/b/a Northeast Rehab,

Medical Associates, P.A., and Liberty Healthcare Management, Inc. d/b/a Northeast Rehab. only, pursuant to FED.R.CIV.PROC. 41(a)(1). The parties shall each bear their own costs. This Agreed Stipulation shall have no effect on any claims of the other named parties in this action.

DATED: 1/17, 2010.   By: _____
G. Kevin Buchanan
Buchanan & Bellan
900 Jackson Street, Suite 350
Dallas, Texas 75202
(214) 378-9500 (Telephone)
(214) 365-7220 (Telecopier)

*Attorneys for Plaintiff, James Booker*

DATED: 1/22, 2010.   By: _____
Jay H. Henderson
Cruse Scott Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
(713) 650-6600 (Telephone)
(713) 650-1720 (Telecopier)

*Attorneys for Defendants,
Steven G. Bander, D.O., P.A.,
Dakota Medical Associates, P.A., and
Liberty Healthcare Management, Inc.
d/b/a Northeast Rehab*

**IT IS HEREBY ORDERED,** pursuant to the terms set forth in the foregoing Agreed Stipulation, that Plaintiff James Booker's claims against Defendants Steven G. Bander, D.O., P.A., Dakota Medical Associates, P.A., and Liberty Healthcare Management, Inc. d/b/a Northeast Rehab, only, are dismissed without prejudice pursuant to FED.R.CIV.PROC. 41(a)(1).

DATED: January 29, 2010 , 2010.

The Honorable Charles R. Breyer
United States District Court